**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**PETRINA MCKINNEY,
as Special Administrator of the
Estate of Alphonso Parker**                                              **PLAINTIFF**

**v.**                                    **No. 4:25-cv-1131-DPM**

**BED ROCK INC.
d/b/a Tri-State Motor Transit Co.;
YOLANDA MOSELEY;   JOHNELL
MOSELEY;   and JOHN DOES, 1–3**                          **DEFENDANTS**

**ORDER**

McKinney's attorney moves to withdraw as counsel for her. *Doc. 9*. It is granted as modified. Tiarra Tanner is relieved as counsel of record for Petrina McKinney, but she must provide a complete copy of the firm's file and a copy of this Order to McKinney. Counsel's report on this communication is due by 19 May 2026. If new counsel doesn't appear for McKinney, she will proceed *pro se*.

There are no impending deadlines, so the embedded request to stay the proceedings is denied without prejudice. The Court directs the Clerk to update the docket with McKinney's contact information.

- 2 -

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

<u>28 April 2026</u>