## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

PETRINA MCKINNEY,
as Special Administrator of the
Estate of Alphonso Parker                              PLAINTIFF

v.                          No. 4:25-cv-1131-DPM

BED ROCK INC.
d/b/a Tri-State Motor Transit Co.;
YOLANDA MOSELEY;   JOHNELL
MOSELEY;   and JOHN DOES, 1–3                    DEFENDANTS

### ORDER

The Court gave McKinney until 6 July 2026 to file a status report.  *Doc. 12.*  She did not;  and the time to do so has passed. McKinney's complaint will therefore be dismissed without prejudice for failure to prosecute.   LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2026