IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PETRINA MCKINNEY,
as Special Administrator of the
Estate of Alphonso Parker                                    PLAINTIFF

v.                          No. 4:25-cv-1131-DPM

BED ROCK INC.
d/b/a Tri-State Motor Transit Co.;
YOLANDA MOSELEY;   JOHNELL
MOSELEY;   and JOHN DOES, 1–3                       DEFENDANTS

## JUDGMENT

McKinney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_13 July 2026_